UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FIREMAN'S FUND INSURANCE COMPANY, :
as subrogee of Catholic Medical Center, :
:
           Plaintiff,       :     Civil Action No. 1:16-cv-460-JD
:
v.                                   :
:
YEATON ASSOCIATES, INC., *et al.*     :
:
           Defendants.    :

## STIPULATION TO AMEND COMPLAINT

The Parties, through their undersigned counsel, hereby stipulate and agree:

1.    Paragraph 14 of Plaintiff's Complaint is amended to read as follows: "On information and belief, Defendant Yeaton Associates, Inc. provided heating, ventilation, and air-conditioning design services during construction of the Subject Property."

2.    Paragraph 29 of Plaintiff's Complaint is amended to read as follows: "The September 17 water loss and resulting damage to the Subject Property were the direct and proximate result of the negligence, carelessness, recklessness, and/or negligent acts and omissions of Defendant Yeaton Associates, Inc. and/or its agents and/or employees, acting within the scope of their employment, as follows:

    A.    Improperly designing the Subject Property's heating, ventilation, and air conditioning system;

    B.    Failing to properly coordinate the installation of the Subject Property's heating, ventilation, and air conditioning system with other work performed in the Subject Property;

    C.    Allowing the Subject Heater to be installed too close to the Subject Sprinkler Head; and

    D.    Exposing the Subject Property to an unreasonable risk of water damage.

Date: May 9, 2017

Respectfully submitted,

/s/ Christopher H. Boyle
Christopher H. Boyle, Esq. (PHV)
Cozen O'Connor
1650 Market Street – Suite 2800
Philadelphia, PA 19103
(215) 665-2068
chboyle@cozen.com

John P. Sherman, Esq.
NH Bar No. 12536
Sherman Law, PLLC
155 Fleet Street
Portsmouth, NH 03801
(603) 570-4837

*Counsel for Plaintiff*

/s/ Thomas K. McCraw, Jr.
Thomas K. McCraw, Jr., Esq.
NH Bar No. 16944
LeClair Ryan
One International Place - 11th Floor
Boston, MA 02110
(617) 502-8200
thomas.mccraw@leclairryan.com

*Counsel for Defendant Yeaton Associates, Inc.*

/s/ Michael E. Coghlan (w/permission)
Michael E. Coghlan, Esq.
NH Bar No. 15315
Donovan Hatem LLP
53 State Street - 8th Floor
Boston, MA 02109
(617) 406-4526
mcoghlan@donovanhatem.com

*Counsel for Defendant Roger W. Dignard, d/b/a Dignard Architectural Services*

/s/ Debbie Lorusso Makris (w/permission)
Debbie Lorusso Makris, Esq.
NH Bar No. 11010
Getman Schulthess Steere & Poulin PA
1838 Elm St
Manchester, NH 03104
(603) 634-4300
dmakris@getmanstacey.com

*Counsel for Defendant Harvey Construction Corp.*

/s/ Mark S. Bodner (w/permission)
Mark S. Bodner, Esq.
NH Bar No. 268218
Melick & Porter, LLP
One Liberty Square
Boston, Massachusetts 02109
(617) 523-6200
Facsimile: (617) 523-8130
mbodner@melicklaw.com

*Counsel for Defendant Superior Fire Protection, Inc.*