## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY | : | Civil Action No.:  1:16-cv-00460-JD |
| As subrogee of Catholic Medical Center | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YEATON ASSOCIATES, INC., et als. | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED.R.CIV.P.41(a)

NOW COME the parties, through counsel, Sherman Law, PLLC and hereby stipulate to the dismissal of the above-captioned action, with prejudice, and without costs pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, the parties respectfully request that the Court:

A.      Dismiss this action with prejudice and without costs; and

B.      Grant such further relief as is just and equitable.

Respectfully submitted

FIREMAN'S FUND INSURANCE COMPANY

Date:  September 22, 2017

 /s/ *John P. Sherman*
John P. Sherman, Bar No. 12536
Sherman Law PLLC
155 Fleet Street
Portsmouth, NH 03801
(603) 570-4837
jsherman@johnshermanlaw.com

*Christopher H. Boyle*
Christopher H. Boyle
*Admitted Pro Hac Vice*
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2068
chboyle@cozen.com

YEATON ASSOCIATES, INC.

*Thomas K.McCraw, Jr*.
Thomas K. McCraw, Jr.,  Bar No. 16944
LeClairRyan, A Professional Corporation
One International Place, 11th Floor
Boston, MA 02110
(617) 502-8200
Thomas.mccraw@leclairryan.com


HARVEY CONSTRUCTION CORP.

*Debbie Lorusso Makris*
Debbie Lorusso Makris, Bar No. 11010
Getman, Schulthess, Steere & Poulin, P.A.
1838 Elm Street
Manchester, NH 03104
(603) 634-4300
dmakris@gssp-lawyers.com

ROGER DIGNARD

*Michael E. Coghlan*
Michael E. Coghlan, Bar No. 15315
Donovan Hatem LLP
53 State Street, 8th Floor
Boston, MA 02109
(617) 406-4526
mcoghlan@donovanhatem.com

SUPERIOR FIRE PROTECTION, INC.

_Mark S. Bodner_
Mark S. Bodner, Bar No. 268218
Melick & Porter, LLP
One Liberty Square, 7th Floor
Boston, MA 02109
617-502-9621
mbodner@melicklaw.com